UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AL LONG FORD, INC., d/b/a AL LONG
FORD,

        Plaintiff,

v.                                                                                  Case No. 10-CV-13084
                                                                                                    Honorable Denise Page Hood

UNIVERSAL UNDERWRITERS GROUP d/b/a
UNIVERSAL UNDERWRITERS SERVICE
CORP.,

        Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 29, 2013, this cause of action is **DISMISSED.**  Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan this 29th day of March, 2013

                                                                             DAVID J. WEAVER
                                                                              CLERK OF THE COURT

                                                                              BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                             S/LaShawn R. Saulsberry
                                             Case Manager